942

No. 12–74.  SIEBER v. WASHINGTON POST COS. ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 12–83.  BOMBARDIER INC. ET AL. v. DOW CHEMICAL CANADA ULC ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 12–89.  SOLUTIA INC. ET AL. v. MCWANE, INC., ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 12–104.  BARNETT ET AL. v. SKF USA, INC.  Sup. Ct. Pa.  Certiorari denied.

No. 12–109.  ENRIQUEZ v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 12–114.  HIRSCHFIELD v. SUPERIOR COURT OF CALIFORNIA, SACRAMENTO COUNTY, ET AL.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 12–115.  MAGGIORE v. CONNECTICUT.  App. Ct. Conn.  Certiorari denied.

No. 12–127.  PALIVODA v. FELIX ET AL.  Ct. App. Ohio, Ashtabula County.  Certiorari denied.

No. 12–136.  YOUNG v. MISSOURI EX INF. HENSLEY, CASS COUNTY PROSECUTING ATTORNEY.  Sup. Ct. Mo.  Certiorari denied.

No. 12–139.  HOUGH ET UX., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED v. REGIONS FINANCIAL CORP. ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 12–143.  SIU v. DE ALWIS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–146.  BUFFINGTON ET UX. v. SUNTRUST BANKS, INC.  C. A. 11th Cir.  Certiorari denied.